Florence G. Cowles, appellant, v. Edward Brow and Massachusetts Bonding and Insurance Company, appellees. Gen. No. 28,663.
Claim on appeal bond. Judgment for defendants. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Affirmed. Opinion filed March 10, 1924.
Elkan Berger and William R. Peacock, for appellant. Moses, Rosenthal & Kennedy, for appellees; Hirsch E. Soble, of counsel.
Mr. Presiding Justice Matchett delivered the opinion of the court.

Lea Herrick, plaintiff in error, v. Moir Hotel Company, defendant in error. Gen. No. 28,724.
Action for breach of a contract to produce theatrical performances. Judgment for defendant. Error to the Municipal Court of Chicago; the Hon. Samuel H. Trude, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Reversed and remanded. Opinion filed March 10, 1924.
Worth E. Caylor and William G. Wise, for plaintiff in error. Campbell & Fischer, for defendant in error.
Mr. Presiding Justice Matchett delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. William Foster, plaintiff in error. Gen. No. 28,732.
Indictment charging keeping and maintaining gaming house. Judgment for People. Error to the Criminal Court of Cook county; the Hon. Kickham Scanlan, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Reversed and remanded. Opinion filed March 10, 1924.
Edward H. Morris and James B. Cashin, for plaintiff in error. Robert E. Crowe, State's Attorney, for defendant in error; Henry T. Chace, Jr., Edward E. Wilson and Clyde C. Fisher, Assistant State's Attorneys, of counsel.
Mr. Presiding Justice Matchett delivered the opinion of the court.

Amelia Wichmann, appellee, v. Emil A. Wichmann, appellant. Gen. No. 28,742.
Petition to set aside order of court for custody of minor child and alimony. Petition denied. Appeal from the Superior Court of Cook county; the Hon. Walter P. Steffen, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Affirmed. Opinion filed March 10, 1923.
C. D. Lee, for appellant. Hill, Melaniphy & Pedderson, for appellee; Frank C. Hill, of counsel.
Mr. Presiding Justice Matchett delivered the opinion of the court.